**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNIVABS SOLUTIONS PRIVATE
LIMITED,

               Petitioner,

vs.

THE RADIOLOGY GROUP, LLC,

               Respondent.

CIVIL ACTION FILE

NO.  1:25-cv-03932-VMC

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Petitioner's Petition to Confirm Arbitration, and the court having granted said petition, it is

**Ordered and Adjudged** that judgment is entered in favor of Petitioner and against Respondent in the amount of $620,840.57, plus $94,422.00 in pre-judgment interest, plus interest on the principal amount of $620,840.57 at the rate provided by O.C.G.A. § 7-2-12 from May 23, 2025 to the date of entry of this Order, and interest on the principal amount of $620,840.57 at the federal judgment rate after that date.

Dated at Atlanta, Georgia, this 12th day of November, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Lindsey Tonthat____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 12, 2025
Kevin P. Weimer
Clerk of Court

By: s/Lindsey Tonthat_____
     Deputy Clerk